# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER BUCHANAN**                                                                 **PLAINTIFF**
**ADC #176655**

v.                              No: 3:23-cv-00190-KGB-PSH

**COREY MILTON,** *et al.*                                                               **DEFENDANTS**

## ORDER

Having reviewed Plaintiff Christopher Buchanan's Complaint (Doc. No. 2) for screening purposes,[1] it appears that service is appropriate as to certain claims against Sergeant Corey Milton, Deputy Warden Claudia M. Harris, Classification Supervisor Ladd, and Warden Thomas Hurst. *See* Doc. No. 7. The Clerk of the Court shall prepare summonses for these defendants, and the United States Marshal is hereby directed to serve a copy of the Complaint (Doc. No. 2), this Order, and a summons on each defendant without prepayment of fees and costs or security therefor. Defendants should be served through the ADC Compliance Division.[2]

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] If the defendant is no longer an ADC employee, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.

2

IT IS SO ORDERED this 23rd day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE