IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER BUCHANAN**  **PLAINTIFF**
**ADC #176655**

v.  Case No. 3:23-cv-00190-KGB

**COREY MELTON,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court are three Proposed Findings and Recommendations submitted by United States Magistrate Judge Patricia S. Harris, a motion by plaintiff Christopher Buchanan docketed as an "appeal of magistrate judge decision to district court," and a motion by Mr. Buchanan for status update (Dkt. Nos. 7; 29; 32; 51; 52). For the reasons below, the Court adopts all three Proposed Findings and Recommendations, denies Mr. Buchanan's "appeal of magistrate judge decision," and grants Mr. Buchanan's motion for status update. Mr. Buchanan's complaint is dismissed, and the relief requested is denied (Dkt. No. 2).

### I.     The First Partial Recommendation

The Court turns to the Proposed Findings and Partial Recommendation ("First Partial Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 7). Judge Harris recommends that plaintiff Christopher Buchanan's individual capacity retaliation claims be allowed to proceed against defendants Harris, Hurst, Ladd, and Melton and that Mr. Buchanan's other claims be dismissed (*Id.*, at 8). Mr. Buchanan has filed objections to the First Partial Recommendation (Dkt. No. 9). Mr. Buchanan's objections do not rebut or fully respond to Judge Harris' reasons for recommending these claims be dismissed, such as sovereign immunity or the unrelatedness of the claims (*Id.*). After careful consideration of the First Partial Recommendation, the objections, and a *de novo* review of the record, the Court concludes that

the First Partial Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 7).

## II.     The Second Partial Recommendation

The Court now turns to the Proposed Findings and Partial Recommendation ("Second Partial Recommendation") submitted by Judge Harris recommending that Mr. Buchanan's motion for temporary restraining order and preliminary injunction be denied (Dkt. Nos. 14; 29). Mr. Buchanan has filed objections to the Second Partial Recommendation (Dkt. No. 38). Judge Harris recommends that Mr. Buchanan's motion be denied because, in his motion, Mr. Buchanan does not allege specific acts of retaliation beyond his move to a Class 4 barracks, which is the basis of his current claim (Dkt. No. 29, at 3). Mr. Buchanan's objections do not allege any facts regarding the retaliation claim to remedy this deficiency (Dkt. No. 38). After careful consideration of the Second Partial Recommendation, the objections, and a *de novo* review of the record, the Court concludes that the Second Partial Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 29).

## III.    The Recommendation

The Court now turns to the Proposed Findings and Recommendation ("Recommendation") submitted by Judge Harris recommending that remaining defendants Harris, Hurst, Ladd, and Melton's motion for summary judgment be granted and that Mr. Buchanan's claims against these defendants be dismissed without prejudice for failure to exhaust administrative remedies (Dkt. Nos. 43; 51). Mr. Buchanan has not filed any objections to the Recommendation, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's

findings in all respects (Dkt. No. 51). The Court grants the motion for summary judgment filed by defendants Harris, Hurst, Ladd, and Melton (Dkt. No. 43). The Court dismisses without prejudice Mr. Buchanan's claims against defendants Harris, Hurst, Ladd, and Melton.

### IV.     Remaining Motions

Also before the Court are two motions filed by Mr. Buchanan. On March 1, 2024, Mr. Buchanan filed a motion titled "Motion for Objection to ReAmend/Add defendant" (Dkt. No. 32). The Court construes this filing as an application for district court review of the Order entered by Judge Harris denying Mr. Buchanan's motion to amend complaint and add additional allegations (Dkt. No. 28). *See Local Rule of the United States District Court for the Eastern and Western Districts of Arkansas* 72.1(XI). Judge Harris' Order denied Mr. Buchanan's motions to amend his complaint on the grounds that his proposed amended complaint and the additional allegations included in his second motion to amend complaint merely attempted to re-assert claims that Judge Harris had already recommended in the First Partial Recommendation be dismissed either for failure to state a claim or as unrelated (Dkt. No. 28, at 2). Mr. Buchanan argues that this his proposed amendments should be allowed because they are related to the retaliation claim that Judge Harris allowed to proceed in the First Partial Recommendation (Dkt. No. 32, at 4-6).

The Court finds Judge Harris's findings, analysis, and conclusions in her Order denying Mr. Buchanan's motion to amend complaint and all additional allegations are correct (Dkt. No. 28), even under a *de novo* review, and finds Mr. Buchanan's arguments in relation to his appeal of this decision unpersuasive (Dkt. No. 32). Further, as discussed in this Order, the Court adopts Judge Harris' Recommendation dismissing Mr. Buchanan's remaining retaliation claims for

failure to exhaust his administrative remedies with regard to those claims (Dkt. No. 51). Mr. Buchanan filed three grievances between the date of the alleged incident and the date this case was filed (Dkt. No. 51, at 8). None of them describe his retaliation claim (*Id.*). Even were the Court to agree with Mr. Buchanan that the claims in his proposed amendment were sufficiently related to the retaliation claim, and therefore that Judge Harris wrongly denied Mr. Buchanan leave to amend, the point would now be moot because Mr. Buchanan failed to exhaust his administrative remedies with regard to the retaliation claim. For all of these reasons, the Court denies Mr. Buchanan's motion docketed as "appeal of magistrate judge decision to district court" (Dkt. No. 32).

On June 25, 2024, Mr. Buchanan filed a motion for status update requesting both a status update and a copy of the docket sheet in this case (Dkt. No. 52). The Court grants the motion and directs the Clerk of Court to send Mr. Buchanan a copy of the docket sheet along with this Order.

### V.     Conclusion

For the foregoing reasons, it is ordered that:

1. Mr. Buchanan's complaint is dismissed (Dkt. No. 2).

2. Mr. Buchanan's motion for temporary restraining order is denied (Dkt. No. 14).

3. Defendants Harris, Hurst, Ladd, and Melton's motion for summary judgment is granted (Dkt. No. 43).

4. Mr. Buchanan's motion docketed as "appeal of magistrate judge decision to district court" is denied (Dkt. No. 32).

5. Mr. Buchanan's motion for status update and copies is granted (Dkt. No. 52).

It is so ordered this 6th day of September, 2024.

                                                                                        */s/ Kristine G. Baker*
                                                                                        Kristine G. Baker
                                                                                        Chief United States District Judge