IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER BUCHANAN**                                                                                      **PLAINTIFF**
**ADC #176655**

v.                                        Case No. 3:23-cv-00190-KGB

**COREY MELTON,** *et al.*                                                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Christopher Buchanan's complaint is dismissed (Dkt. No. 2). The relief sought is denied.

It is so adjudged this 6th day of September, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge