IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER BUCHANAN**                                                                                  **PLAINTIFF**
**ADC #176655**

v.                              Case No. 3:23-cv-00190-KGB

**COREY MELTON,** *et al.*                                                                                 **DEFENDANTS**

## ORDER

Before the Court are two motions for copies filed by *pro se* plaintiff Christopher Buchanan (Dkt. Nos. 61; 64). In his first motion for copies, Buchanan requests copies of Docket Numbers 2, 13, and 16, as well as an updated copy of the docket sheet (Dkt. No. 61). In his second motion for copies, Buchanan requests copies of Docket Numbers 12, 13, 16, 27, 43, 44, and 45, as well as an updated copy of the docket sheet. For good cause shown, the Court grants the motions (Dkt. Nos. 61; 64). The Court directs the Clerk of Court to send to Buchanan a copy of the docket sheet in this case, along with a copy of Docket Numbers 2, 12, 13, 16, 27, 43, 44, and 45. Should Mr. Buchanan seek any other specific documents, he may submit a written motion to the Court and state with particularity the docket entries for which he requests copies.

It is so ordered this the 22th day of September, 2025.

Kristine G. Baker
Chief United States District Judge